# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TODD C. ENGEL,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant(s). | Case No. 2:22-cv-01040-JCM-NJK<br><br>**Order** |

Plaintiff's civil cover sheet indicates that this case is related to Case No. 2:22-cv-1039-GMN-DJA, *see* Docket No. 1-1, but Plaintiff did not file a notice of related cases in compliance with Local Rule 42-1(a).  Accordingly, Plaintiff must comply with Local Rule 42-1(a) by July 12, 2022.

　　　　IT IS SO ORDERED.

　　　　Dated: July 5, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1