## Table of Contents (Exhibits)

| Exhibit Number | Description |
|---|---|
| 1 | ECF No. 28, *United States v. Bundy*, 2:12-cv-00804-LDG (Jan. 11, 2013 D. Nev.) |
| 2 | Filing from *United States v. Bundy*, CV-S-98-531-JBR (RJJ) (D. Nev. Nov. 3, 1998) |
| 3 | ECF No. 35, *United States v. Bundy*, 2:12-cv-0804-LDG-GWF (D. Nev. July 9, 2013) |
| 4 | Trial Transcript Excerpt, Criminal ECF No. 1820. |
| 5 | Trial Transcript Excerpt, Criminal ECF No. 1785. |
| 6 | Photographs by Steve Marcus, *Future Uncertain in Bundy-BLM Dispute*, Las Vegas Sun, Apr. 13, 2014. |
| 7 | Trial Transcript Excerpt, Criminal ECF No. 2002. |
| 8 | Criminal ECF No. 1887. |
| 9 | Trial Transcript Excerpt, Criminal ECF No. 3347. |
| 10 | Criminal ECF No. 27 |
| 11 | 2012 Map |