# Exhibit 6

Case 2:22-cr-01040-WQH-EJY  Document 10-7  Filed 11/21/22  Page 2 of 22

Las Vegas Sun
Future Uncertain in Bundy-BLM Dispute
« Previous

[Next »](#)



STEVE MARCUS
Cliven Bundy, right, talks with militia-type volunteers at the family ranch near Bunkerville
Sunday, April 13, 2014. Volunteers include Scott Woods, left, of West Virginia, Christian
Yingling, center, of Pennsylvania, and Jay LeDuc, background right, of Payson, Ariz.



Locally owned and independent since 1950; Winner of the [Pulitzer Prize for Public Service](#),
[best news website in the nation](#) & [DuPont Award for broadcast journalism](#)

© **Las Vegas Sun, 2022, All Rights Reserved**
[Las Vegas Sun](#) 2275 Corporate Circle, Ste. 300 Henderson, NV 89074

Las Vegas Sun
Future Uncertain in Bundy-BLM Dispute

« Previous
Next »



STEVE MARCUS
Cliven Bundy talks with family friend Rob Miller at the family ranch near Bunkerville Sunday,
April 13, 2014. The Bureau of Land Management halted their roundup of Bundy family cattle
under an agreement reached Saturday. David Lory VanDerBeek, an Independent American
Party candidate for governor, looks on at left.



Locally owned and independent since 1950; Winner of the Pulitzer Prize for Public Service,
best news website in the nation & DuPont Award for broadcast journalism

© Las Vegas Sun, 2022, All Rights Reserved

Las Vegas Sun 2275 Corporate Circle, Ste. 300 Henderson, NV 89074

Las Vegas Sun
Future Uncertain in Bundy-BLM Dispute

« Previous

Next »



STEVE MARCUS
Jerusha Bundy, 10, plays on a gate at the family ranch near Bunkerville Sunday, April 13,
2014. The Bureau of Land Management halted their roundup of Bundy family cattle under an
agreement reached Saturday.



Locally owned and independent since 1950; Winner of the Pulitzer Prize for Public Service,
best news website in the nation & DuPont Award for broadcast journalism

© Las Vegas Sun, 2022, All Rights Reserved
Las Vegas Sun 2275 Corporate Circle, Ste. 300 Henderson, NV 89074


Las Vegas Sun
Future Uncertain in Bundy-BLM Dispute
« Previous
Next »



STEVE MARCUS
Dave Bundy, one of Cliven Bundy's son's, talks about the family's dispute with the Bureau of Land Management near Bunkerville Sunday, April 13, 2014. The BLM halted their roundup of Bundy family cattle under an agreement reached Saturday.



Locally owned and independent since 1950; Winner of the Pulitzer Prize for Public Service, best news website in the nation & DuPont Award for broadcast journalism

© Las Vegas Sun, 2022, All Rights Reserved
Las Vegas Sun 2275 Corporate Circle, Ste. 300 Henderson, NV 89074

Las Vegas Sun
Future Uncertain in Bundy-BLM Dispute

« Previous
Next »



STEVE MARCUS
Dave Bundy, one of Cliven Bundy's son's, rests against a fence at the family ranch near
Bunkerville Sunday, April 13, 2014. The BLM halted their roundup of Bundy family cattle
under an agreement reached Saturday.



Locally owned and independent since 1950; Winner of the Pulitzer Prize for Public Service,
best news website in the nation & DuPont Award for broadcast journalism

© Las Vegas Sun, 2022, All Rights Reserved
Las Vegas Sun 2275 Corporate Circle, Ste. 300 Henderson, NV 89074

10/24/22, 10:01 AM

Las Vegas Sun
Future Uncertain in Bundy-BLM Dispute

« Previous
Next »



STEVE MARCUS

Rayn Bundy, one of Cliven Bundy's sons, reads the U.S. constitution, at the family ranch near Bunkerville Sunday, April 13, 2014. The Bureau of Land Management halted their roundup of Bundy family cattle under an agreement reached Saturday.

LAS VEGAS ☀ SUN

Locally owned and independent since 1950; Winner of the Pulitzer Prize for Public Service, best news website in the nation & DuPont Award for broadcast journalism

© Las Vegas Sun, 2022, All Rights Reserved
Las Vegas Sun 2275 Corporate Circle, Ste. 300 Henderson, NV 89074

10/24/22, 10:01 AM    Future Uncertain in Bundy-BLM Dispute - A view of the Bundy ranch near Bunkerville Sunday, April ... -

Case 2:22-cv-01040-WQH-EJY   Document 19-7   Filed 11/21/22   Page 8 of 22

Las Vegas Sun
Future Uncertain in Bundy-BLM Dispute

« Previous
Next »



STEVE MARCUS
A view of the Bundy ranch near Bunkerville Sunday, April 13, 2014. The Bureau of Land
Management halted their roundup of Bundy family cattle under an agreement reached
Saturday.



Locally owned and independent since 1950; Winner of the Pulitzer Prize for Public Service,
best news website in the nation & DuPont Award for broadcast journalism

© Las Vegas Sun, 2022, All Rights Reserved
Las Vegas Sun 2275 Corporate Circle, Ste. 300 Henderson, NV 89074

Las Vegas Sun
Future Uncertain in Bundy-BLM Dispute
« Previous
Next »



STEVE MARCUS
Ryan Bundy, left, one of Cliven Bundy's sons, talks with Wayne Hage near Bunkerville
Sunday, April 13, 2014. The Bureau of Land Management halted their roundup of Bundy
family cattle under an agreement reached Saturday.



Locally owned and independent since 1950; Winner of the Pulitzer Prize for Public Service,
best news website in the nation & DuPont Award for broadcast journalism

© Las Vegas Sun, 2022, All Rights Reserved
Las Vegas Sun 2275 Corporate Circle, Ste. 300 Henderson, NV 89074



Las Vegas Sun
Future Uncertain in Bundy-BLM Dispute

« Previous
Next »



STEVE MARCUS
A view of the Bundy ranch near Bunkerville Sunday, April 13, 2014. The Bureau of Land Management halted their roundup of Bundy family cattle under an agreement reached Saturday.



Locally owned and independent since 1950; Winner of the Pulitzer Prize for Public Service, best news website in the nation & DuPont Award for broadcast journalism

© Las Vegas Sun, 2022, All Rights Reserved
Las Vegas Sun 2275 Corporate Circle, Ste. 300 Henderson, NV 89074



Las Vegas Sun
Future Uncertain in Bundy-BLM Dispute

« Previous

Next »



STEVE MARCUS
Dave Bundy, one of Cliven Bundy's son's, holds his son Payten, 18-months, at the family ranch near Bunkerville Sunday, April 13, 2014. The BLM halted their roundup of Bundy family cattle under an agreement reached Saturday.



Locally owned and independent since 1950; Winner of the Pulitzer Prize for Public Service, best news website in the nation & DuPont Award for broadcast journalism

© Las Vegas Sun, 2022, All Rights Reserved
Las Vegas Sun 2275 Corporate Circle, Ste. 300 Henderson, NV 89074

10/24/22, 10:02 AM
Future Uncertain in Bundy-BLM Dispute - A copy of the U.S. constitution is shown i...

Case 2:22-cv-01048-WBH-EJY   Document 19-7   Filed 11/21/22   Page 12 of 22

Las Vegas Sun
Future Uncertain in Bundy-BLM Dispute

« Previous

Next »



STEVE MARCUS
A copy of the U.S. constitution is shown in the shirt pocket of Ryan Bundy at the family ranch near Bunkerville Sunday, April 13, 2014. The Bureau of Land Management halted their roundup of Bundy family cattle under an agreement reached Saturday.



Locally owned and independent since 1950; Winner of the Pulitzer Prize for Public Service, best news website in the nation & DuPont Award for broadcast journalism

© Las Vegas Sun, 2022, All Rights Reserved
Las Vegas Sun 2275 Corporate Circle, Ste. 300 Henderson, NV 89074

Las Vegas Sun
Future Uncertain in Bundy-BLM Dispute
« Previous
Next »



STEVE MARCUS
Ryan Bundy, left, one of Cliven Bundy's sons, talks with David Lory VanDerBeek, an Independent American Party candidate for governor, at the family ranch near Bunkerville Sunday, April 13, 2014. Ryan's wife Angela holds their son Moroni, 2, at center.



Locally owned and independent since 1950; Winner of the Pulitzer Prize for Public Service, best news website in the nation & DuPont Award for broadcast journalism

© Las Vegas Sun, 2022, All Rights Reserved
Las Vegas Sun 2275 Corporate Circle, Ste. 300 Henderson, NV 89074

Case 2:22-cv-01048-WQH-EJY Document 19-7 Filed 10/21/22 Page 14 of 22

Las Vegas Sun
Future Uncertain in Bundy-BLM Dispute

« Previous
Next »



STEVE MARCUS
Militia-type volunteers return to a campsite near Bunkerville Sunday, April 13, 2014. The
Bureau of Land Management halted their roundup of Bundy family cattle under an agreement
reached Saturday.



Locally owned and independent since 1950; Winner of the Pulitzer Prize for Public Service,
best news website in the nation & DuPont Award for broadcast journalism

© Las Vegas Sun, 2022, All Rights Reserved
Las Vegas Sun 2275 Corporate Circle, Ste. 300 Henderson, NV 89074

Las Vegas Sun
Future Uncertain in Bundy-BLM Dispute
« Previous
Next »



STEVE MARCUS
Volunteers Jack Commerford and Jerry DeLemus are shown in a campsite near Bunkerville Sunday, April 13, 2014. The men drove 41 hours from New Hampshire to support the Bundy family in their dispute with the Bureau of Land Management, they said. The BLM halted their roundup of Bundy family cattle under an agreement reached Saturday.

LAS VEGAS ☀ SUN

Locally owned and independent since 1950; Winner of the Pulitzer Prize for Public Service, best news website in the nation & DuPont Award for broadcast journalism

© Las Vegas Sun, 2022, All Rights Reserved
Las Vegas Sun 2275 Corporate Circle, Ste. 300 Henderson, NV 89074

Case 2:22-cv-01040-WGH-EJY Document 19-7 Filed 11/21/22 Page 16 of 22

Las Vegas Sun
Future Uncertain in Bundy-BLM Dispute
« Previous
Next »



STEVE MARCUS
Volunteers Jack Commerford, left, and Josh Delemus are shown at a campsite near
Bunkerville Sunday, April 13, 2014. The men drove 41 hours from New Hampshire to support
the Bundy family in their dispute with the Bureau of Land Management, they said. The BLM
halted their roundup of Bundy family cattle under an agreement reached Saturday.

LAS VEGAS SUN

Locally owned and independent since 1950; Winner of the Pulitzer Prize for Public Service,
best news website in the nation & DuPont Award for broadcast journalism

© Las Vegas Sun, 2022, All Rights Reserved
Las Vegas Sun 2275 Corporate Circle, Ste. 300 Henderson, NV 89074

10/24/22, 10:04 AM Future Uncertain in Bundy-BLM Dispute - The patch is shown on the vest of volunteer Josh...

Case 2:22-cv-01040-WGH-EJY Document 19-7 Filed 11/21/22 Page 17 of 22-

Las Vegas Sun
Future Uncertain in Bundy-BLM Dispute

« Previous

Next »



STEVE MARCUS

The patch is shown on the vest of volunteer Josh Delemus at a campsite near Bunkerville Sunday, April 13, 2014. Delemus and two other volunteers drove 41 hours from New Hampshire to support the Bundy family in their dispute with the Bureau of Land Management, they said. The BLM halted their roundup of Bundy family cattle under an agreement reached Saturday.



Locally owned and independent since 1950; Winner of the Pulitzer Prize for Public Service, best news website in the nation & DuPont Award for broadcast journalism

© Las Vegas Sun, 2022, All Rights Reserved

Las Vegas Sun 2275 Corporate Circle, Ste. 300 Henderson, NV 89074

Las Vegas Sun
Future Uncertain in Bundy-BLM Dispute
« Previous
Next »



STEVE MARCUS
Todd Engel, a volunteer from North Idaho who is supporting the Bundy family, returns to a campsite after a patrol near Bunkerville Sunday, April 13, 2014. The Bureau of Land Management halted their roundup of Bundy family cattle under an agreement reached Saturday.



Locally owned and independent since 1950; Winner of the Pulitzer Prize for Public Service, best news website in the nation & DuPont Award for broadcast journalism

© Las Vegas Sun, 2022, All Rights Reserved
Las Vegas Sun 2275 Corporate Circle, Ste. 300 Henderson, NV 89074

Case 2:22-cv-01040-WQH-EJY - Document 19-7 - Filed 11/21/22 - Page 19 of 22



Las Vegas Sun
Future Uncertain in Bundy-BLM Dispute
« Previous
Next »



STEVE MARCUS
Militia-style volunteers take a position on a hill overlooking a gathering area for Bundy family supporters near Bunkerville Sunday, April 13, 2014. The Bureau of Land Management halted their roundup of Bundy family cattle under an agreement reached Saturday.



Locally owned and independent since 1950; Winner of the Pulitzer Prize for Public Service, best news website in the nation & DuPont Award for broadcast journalism

© Las Vegas Sun, 2022, All Rights Reserved
Las Vegas Sun 2275 Corporate Circle, Ste. 300 Henderson, NV 89074

Las Vegas Sun
Future Uncertain in Bundy-BLM Dispute

« Previous

Next »



STEVE MARCUS
A gathering area for Bundy family supporters is shown near Bunkerville Sunday, April 13, 2014. The Bureau of Land Management halted their roundup of Bundy family cattle under an agreement reached Saturday.



Locally owned and independent since 1950; Winner of the Pulitzer Prize for Public Service, best news website in the nation & DuPont Award for broadcast journalism

© Las Vegas Sun, 2022, All Rights Reserved
Las Vegas Sun 2275 Corporate Circle, Ste. 300 Henderson, NV 89074

10/24/22, 10:05 AM
Case 2:22-cv-01040-WQH-EJY Document 19-7 Filed 11/21/22 Page 21 of 22
Future Uncertain in Bundy-BLM Dispute - A stage is shown at a gathering area for Bundy...

Las Vegas Sun
Future Uncertain in Bundy-BLM Dispute

« Previous

Next »



STEVE MARCUS
A stage is shown at a gathering area for Bundy family supporters near Bunkerville Sunday, April 13, 2014. The Bureau of Land Management halted their roundup of Bundy family cattle under an agreement reached Saturday.



Locally owned and independent since 1950; Winner of the Pulitzer Prize for Public Service, best news website in the nation & DuPont Award for broadcast journalism

© Las Vegas Sun, 2022, All Rights Reserved
Las Vegas Sun 2275 Corporate Circle, Ste. 300 Henderson, NV 89074

10/24/22, 10:05 AM Future Uncertain in Bundy-BLM Dispute - Rosie, the Bundy Ranch family dog, looks out from the... -

Las Vegas Sun
Future Uncertain in Bundy-BLM Dispute
« Previous
Next »



STEVE MARCUS
Rosie, the Bundy Ranch family dog, looks out from the front of the ranch house near Bunkerville Sunday, April 13, 2014. The Bureau of Land Management halted their roundup of Bundy family cattle under an agreement reached Saturday.



Locally owned and independent since 1950; Winner of the Pulitzer Prize for Public Service, best news website in the nation & DuPont Award for broadcast journalism

© Las Vegas Sun, 2022, All Rights Reserved
Las Vegas Sun 2275 Corporate Circle, Ste. 300 Henderson, NV 89074