# Exhibit 7

Case 2:22-cv-01040-WQH-EJY Document 19-8 Filed 11/21/22 Page 2 of 17
Case 2:16-cr-00046-GMN-PAL Document 2062 Filed 05/26/17 Page 213 of 229

213

1   It's 4 o'clock.  We usually leave here at 4:30 or -- raise your
2   hand if you want a break?  We can take a break if you need one.
3           All right.  So let's go ahead and let the jury take a
4   break and we'll take a 10-, 15-minute break as well.
5           I do remind you that you're not to discuss this case
6   with anyone nor permit anyone to discuss it with you.
7           Do not read or listen to or view anything that
8   touches upon this case in any way and do not attempt to perform
9   any research or any independent investigation, and do not form
10  any opinion.
11          Go ahead and stand for the jury and we'll welcome
12  them back in about 10, 15 minutes, as soon as they're ready.
13      (Jury excused from courtroom.)
14          THE COURT:  All right.  Off record.
15      (Recess was taken at 4:00 p.m.)
16          COURTROOM ADMINISTRATOR:  All rise.
17      (Jury returned to courtroom at 4:19 p.m.)
18          THE COURT:  All right.  Everyone may be seated.
19          We're joined by the jury.
20          Mr. Engel, you can go ahead and start whenever you're
21  ready, sir.  You'll have to move the microphone.
22          PRO SE ENGEL:  Thank you, Your Honor.
23          THE COURT:  Because Mr. Marchese bent it the other
24  way.
25          Do you want us to turn that podium, too, so that it's

Case 2:22-cv-01040-WQH-EJY Document 19-8 Filed 1/21/22 Page 3 of 17
Case 2:16-cr-00040-GMN-PAL Document 2002 Filed 05/26/17 Page 214 of 229

214

1 facing the jury?

2 PRO SE ENGEL: It will be fine. I appreciate it
3 though.

4 THE COURT: Okay.

5 And then there's the button where your right hand is.
6 There's a button that makes the podium go up and down, wherever
7 you find it more comfortable.

8 PRO SE ENGEL: I appreciate it. Thank you.

9 Good afternoon, ladies and gentlemen of the jury.
10 It's good to be back up here talking with you again. Forgive
11 me because I'm extremely nervous and a little bit terrified to
12 kind of go with that nervousness.

13 On the morning of the 12th, my friend and I, we
14 pulled into Mesquite at about 8:00 a.m. and we went to a
15 breakfast buffet --

16 MR. MYHRE: Objection, Your Honor.

17 PRO SE ENGEL: -- because we had nowhere -- we had no
18 idea --

19 THE COURT: Just a minute, Mr. Engel. There's an
20 objection so you need --

21 PRO SE ENGEL: Sorry.

22 THE COURT: -- to stop so I can address it, please.

23 MR. MYHRE: He's arguing facts not in evidence.

24 THE COURT: That's true. There's no evidence that
25 you stopped and had breakfast and so forth. So please keep it

Case 2:22-cv-01040-WQH-EJY Document 19-8 Filed 11/21/22 Page 4 of 17
Case 2:16-cr-00046-GMN-PAL Document 2002 Filed 05/26/17 Page 215 of 229

215

1  to the evidence that's actually been admitted in court.
2          PRO SE ENGEL:  Sorry, Your Honor.
3          At 8:00 a.m. on April 12th, 2014, I -- my friend and
4  I had no idea where we were going to go.  At about 8:30 we
5  finally got ahold of somebody and they told us where we were
6  going.
7          MR. MYHRE:  Objection, Your Honor.  Again, arguing
8  facts not in evidence.
9          THE COURT:  Mr. Engel, please.  You need to keep to
10 the facts that are actually admitted in evidence.
11         PRO SE ENGEL:  Okay.  Well, we arrived at the Bundy
12 ranch approximately 8:45, about 15 minutes before this rally
13 started.  We had to park a long way across the bridge and we
14 walked across.  We got there 10 or 15 minutes before Cliven and
15 Ammon and those guys started to speak.
16         As you've seen, it was pretty difficult to hear.
17 There was a lot of wind that day.  Cliven is not the best
18 speaker.  But the Government is trying to say that I entered
19 into some kind of a conspiracy prior to the 12th.  They've
20 showed you that I quoted Patrick Henry.  I cut and pasted
21 Patrick Henry, a portion of his speech, onto a website or a
22 Facebook page.  What they've not shown you, prior to the 12th,
23 is that I had any contact with anybody involved in this case.
24 None of these gentleman back here (indicating), none of the
25 Bundys.  They've not shown you one single phone call, one

Case 2:22-cv-01040-WQH-EJY Document 19-8 Filed 11/21/22 Page 5 of 17
Case 2:16-cr-00046-GMN-PAL Document 2002 Filed 05/26/17 Page 216 of 229

216

1  single text message, one single instant message, or one single
2  e-mail in which I talked to any other co-defendants or any of
3  the Bundys prior to the 12th.
4           My entire reason for coming down there, as my
5  Facebook said, is I saw a woman, a grandmother, get
6  body-slammed, and I saw a guy get Tased and an attack dog
7  released on him and I saw this meme of snipers up on a hill.
8  And I saw a First Amendment area sign.  I saw these people
9  getting abused because they weren't in their little -- the
10 little box.
11          MR. MYHRE:  Objection, Your Honor.  Again --
12          THE COURT:  There's no evidence of people getting
13 abused.  Are you talking about the grandmother and the man?
14          PRO SE ENGEL:  Yes, ma'am.
15          THE COURT:  Okay.
16          PRO SE ENGEL:  And at that point I told my buddy,
17 "Hey, you know, I don't know what's going on down there, but
18 let's go take a peek.  Let's go look."
19          So we loaded up our truck with camping gear, threw a
20 couple guns in, threw our golf clubs in, and headed down to
21 Bunkerville to see what was going on and get some warm weather.
22 It's a lot warmer down here than it is in north Idaho in April.
23          Prior to the 12th you've not seen where I've
24 discussed anything about cattle, anything about a BLM compound,
25 anything about a court order.  There's not been one shred of

Case 2:22-cv-01040-WQH-EJY Document 19-8 Filed 1/21/22 Page 6 of 17
Case 2:16-cr-00046-GMN-PAL Document 2002 Filed 05/26/17 Page 217 of 229

217

1 evidence that I conspired with anybody about cattle.
2     On the 12th we could hear where we were -- where my
3 buddy and I were standing, we could hear Cliven and Ammon and
4 the sheriff talk and like you've heard from a lot of the other
5 guys, it wasn't clear.  It's just --
6     MR. MYHRE:  Objection, Your Honor.  He's --
7     PRO SE ENGEL:  I'm sorry.  I'll move on.
8     The sheriff, what he said, it sounded like it was
9 over to us, to me and my friend.  Thought it was over.  The
10 sheriff didn't tell us --
11     MR. MYHRE:  Objection as to what he's -- testifying
12 as to what he thought at the time.
13     THE COURT:  Mr. Engel, here's the problem.  Even if I
14 were to let you testify about things that are not in evidence,
15 the jury cannot consider them because the jury can only
16 consider the facts that have been provided as evidence before
17 today.  So, it has to either have come from someone sitting on
18 the witness stand or some of the documents or videos and things
19 that we saw and heard.  So it doesn't necessarily help you to
20 try to provide more information now than what's already been
21 provided because the jury won't be able to consider it.
22     PRO SE ENGEL:  Yes, Your Honor.
23     THE COURT:  So, please try to only argue the facts
24 that have been admitted and how they should apply to the law in
25 the case so that the jury can reach a fair verdict.

Case 2:22-cv-01040-WQH-EJY Document 19-8 Filed 11/21/22 Page 7 of 17
Case 2:16-cr-00046-GMN-PAL Document 2002 Filed 05/26/17 Page 218 of 229

218

1          PRO SE ENGEL:  Well, you folks heard the sheriff say
2    what he said from the stage.  As Mr. Tanasi says, you can watch
3    a movie today and watch it tomorrow and you hear different
4    things in the movie that you didn't pick up the first time that
5    you watched the movie.  And now that we watched these videos,
6    obviously it's very simple to see exactly what the sheriff
7    said, but that day, in my perception, I thought it was over.
8          MR. MYHRE:  Objection, Your Honor.
9          PRO SE ENGEL:  I'm sorry.
10         THE COURT:  Sustained.  And that sentence is stricken
11   and the jury is advised to disregard it.
12         PRO SE ENGEL:  Ladies and gentlemen, you heard
13   Cliven Bundy tell the cattles -- tell the cowboys to go get the
14   cows.  "Git 'er done."  "Let's go git 'er done."  You heard him
15   say, "Alls we got to do is open the gate and let the cows out
16   and they're going to be home."  It sounded pretty interesting.
17   Let's go watch the cows go home.  So we got in my truck and we
18   headed that direction with a big giant crowd of people.
19         When we got there, there was already a big old giant
20   traffic jam.  As you've seen, I got out, I pulled my truck over
21   to the side and my buddy and I, we could see an Army over there
22   (indicating).  I threw my vest on, threw my rifle on, and got
23   out of my truck, pulled it out of the way.  I didn't cause this
24   traffic jam.
25         MR. MYHRE:  Objection, Your Honor.  He's -- he's

Case 2:22-cv-01040-WQH-EJY Document 19-8 Filed 11/21/22 Page 8 of 17
Case 2:16-cr-00046-GMN-PAL Document 2002-8 Filed 05/26/17 Page 219 of 229

219

1  testifying as to what he was doing at the time, not what the
2  evidence has shown.
3              THE COURT:  Sustained.
4              PRO SE ENGEL:  The evidence has shown that I pulled
5  my truck over and got out of my truck.  You saw -- everybody
6  has seen that on video.  And the evidence has shown, during
7  testimony, that I didn't go towards the BLM; I went out and
8  stood out in the parking area way out in the dirt field.  I
9  wasn't next to Dave Bundy when he was talking to
10 Sheriff Lombardo about giving him an hour.  I wasn't talking to
11 any of these gentlemen (indicating), and I wasn't talking to
12 any of the Bundys standing out in the middle of that parking
13 area.  I was standing as far away as I could get and still kind
14 of see what was going on.  I didn't want to be a threat to the
15 BLM.  They couldn't even see me standing way out there.
16             MR. MYHRE:  Objection, Your Honor, as again, he's
17 testifying to what he saw or what he perceived in the parking
18 area.
19             THE COURT:  Overruled.  I think he can argue that.
20 It's fine.
21             PRO SE ENGEL:  It shows -- the evidence shows that I
22 showed up at 11:29 that morning and stood in the parking area.
23 For almost 25 minutes I did nothing but stand in the parking
24 area.
25             MR. MYHRE:  Objection, Your Honor.

Case 2:22-cv-01040-WQH-EJY Document 19-8 Filed 11/21/22 Page 9 of 17
Case 2:16-cr-00046-GMN-PAL Document 2002 Filed 05/26/17 Page 220 of 229

220

1               PRO SE ENGEL:  Your Honor, that's exactly what the
2    evidence shows.
3               MR. MYHRE:  No, that's -- he can say the evidence
4    shows that.  He's saying I stood there and did nothing for 25
5    minutes.  There's no evidence of that, Your Honor.
6               PRO SE ENGEL:  There's video of it, Your Honor.  Me
7    standing in the parking area.
8               THE COURT:  I'm going to allow him to argue that, but
9    it's up to the jury to remember the facts and if they hear any
10   facts that are different than what they recall, they are to
11   follow the facts as they recall them.
12              PRO SE ENGEL:  Thank you.
13              You have heard multiple people testify that we heard
14   a lady say, "They're pointing guns at people underneath the
15   bridge."  I said it in my Facebook.  You heard Alex Ellis say
16   it.  It's what we heard.  It's what I heard.  And we go down
17   the freeway to see what the heck's going on.  I run down the
18   freeway.  And I get down the freeway and I am, I'm standing on
19   the bridge.  And you have seen the picture of me standing on
20   the bridge.  What was I doing standing on the bridge?  I had my
21   camera up.  I was videoing.  And I couldn't believe they were
22   right.  I see BLM agents over there.
23              MR. MYHRE:  Objection, Your Honor.  What he saw.
24              THE COURT:  Is it something -- so, Mr. Engel, if it's
25   something that's in one of the Facebook posts or something like

Case 2:22-cv-01040-WQH-EJY Document 19-8 Filed 11/21/22 Page 10 of 17
Case 2:16-cr-00046-GMN-PAL Document 2002 Filed 05/23/17 Page 221 of 229

221

1 that where you're saying I was there and I saw this and this
2 and this, then obviously you conclude that in the closing
3 argument, but otherwise, if there's no evidence of it anywhere,
4 then you cannot argue it and again, even if you did, the jury
5 cannot consider it so it's not helpful.
6         PRO SE ENGEL:  Yes, Your Honor.
7         Folks, you saw me standing there with my camera
8 (indicating) and I pan over.  It's in Michael Flynn's video
9 when Eric Parkers's walking behind me.  I don't have my hands
10 on my rifle; I'm filming.
11         At that point the Government has shown you guys where
12 the BLM were saying we have a court order.  I heard that.  It
13 was hard to hear, but I heard it.  They said -- I think I heard
14 "disperse."  But I also heard "we're going to shoot," as I said
15 in my Facebook post.  I stood there for literally a few minutes
16 and I left the area.
17         You have seen, from airplane video and from
18 Agent Shilaikis' video across the freeway, me literally running
19 the opposite direction.  I went as far away as I could get to
20 where I could still see what was happening in the wash and I
21 stayed there to watch what was going on.
22         Will you pull up Exhibit 415, please.
23     (Government Exhibit 415 published.)
24         Ladies and gentlemen, that's where I spent the rest
25 of the day, with those law enforcement officers (indicating).

Case 2:22-cv-01040-WQH-EJY Document 19-8 Filed 11/21/22 Page 11 of 17
Case 2:16-cr-00046-GMN-PAL Document 2002 Filed 05/23/17 Page 11 of 17

222

1 You've seen --

2     MR. MYHRE: Objection, Your Honor. Again, he's
3 testifying as to what he was doing there at that day, not what
4 the evidence shows.

5     PRO SE ENGEL: The evidence shows that when the law
6 enforcement officers arrived on the scene, I was standing there
7 and I approached them directly.

8     The evidence shows that I walked up to them and that
9 they walked back in front of their vehicle with me.

10     I stated in my testimony -- in my Facebook that they
11 began to help me. You see me in the video pointing and them
12 pointing and then him getting on the phone, because I am trying
13 to de-escalate the situation as much as I possibly can.

14     The evidence shows in that video that they walk
15 around me. We're conversing constantly.

16     The evidence also shows Ricky Lovelien come across
17 the freeway. That's the first time I've met this guy, and you
18 know what I tell him? "Don't go down there."

19     MR. MYHRE: Objection, Your Honor, as to what he --
20 objection. Facts not in evidence.

21     THE COURT: Sustained.

22     PRO SE ENGEL: He was not my superior officer.

23     MR. MYHRE: Objection, Your Honor. Facts not in
24 evidence and he's testifying.

25     THE COURT: Sustained. Jury will disregard.

Case 2:22-cv-01040-WQH-EJY Document 19-8 Filed 11/21/22 Page 12 of 17
Case 2:16-cr-00046-GMN-PAL Document 2002 Filed 05/23/17 Page 223 of 229

223

1           PRO SE ENGEL:  The evidence has shown that I was with
2   Nevada Highway Patrol from 12:18 on his dash cam until 1:20
3   when I walked by them and stayed goodbye and he patted me on
4   the back.  It also shows where I came and got them and they
5   walked down the freeway with me, side by side, with Nevada
6   Highway Patrol.  We've all seen that.
7           I wasn't assaulting anybody.  I wasn't threatening
8   anybody.  I wasn't brandishing a rifle.  You've seen it in the
9   video.  I was standing with highway patrol side by side.
10          On none of the video have you seen any evidence where
11  I have communicated with anybody involved in this case.  You've
12  not seen a phone call with any of the Bundys or any of these
13  gentlemen, an e-mail, a text, an instant message.  You've not
14  even seen me standing around them having a conversation,
15  because it didn't exist.  I didn't enter into any conspiracy to
16  do any of these crimes here.
17          It's true, I was carrying a rifle that day.  But as
18  Major Tom Jackson, who stood up there and testified, when I
19  asked him, "How come you don't arrest people that are openly
20  carrying weapons in your state?"  He said, "Because they have a
21  right to carry guns."  That's what he said.  We have a right to
22  carry guns.
23          When it was over, I walked back to my truck, said
24  goodbye to the officers, they patted me on the back.
25  Sergeant Serena testified that I was helpful.  He said it from

Case 2:22-cv-01040-WQH-EJY Document 19-8 Filed 11/21/22 Page 13 of 17
Case 2:16-cr-00046-GMN-PAL Document 2002 Filed 05/23/17 Page 224 of 229

224

1  the stand, ladies and gentlemen, that I was helpful.  What more
2  could I do not to be a threat?  I was helpful.
3            You heard Major Tom Jackson with the highway patrol,
4  when I asked him, "Did it end peaceful?"  He said, "Yeah, it
5  ended peaceful."  And I like to think that I had a part in
6  that, helping it end peaceful.
7            I got back to the parking area and I took off my vest
8  and I put my rifle in my truck.
9            MR. MYHRE:  Objection, Your Honor.  Arguing facts not
10 in testified.  Testifying.
11           THE COURT:  Sustained.
12           PRO SE ENGEL:  And when the BLM was leaving, you saw
13 a video of me.  I was extremely upset.  Extremely upset.  They
14 had pointed rifles at me for over an hour.
15           MR. MYHRE:  Objection, Your Honor.  Again, facts not
16 in evidence.
17           THE COURT:  Sustained.
18           PRO SE ENGEL:  As I left, I joined with the crowd.  I
19 don't know how many were out there, but we were all yelling and
20 screaming and cussing at them.  Not one of my proudest moments.
21           Ladies and gentlemen, a conspiracy to commit offense
22 against the United States.  They've not proven beyond a
23 reasonable doubt that I had an agreement with two or more
24 persons to commit one of these crimes.  They've not proven that
25 I became a member of a conspiracy knowing of at least one of

Case 2:22-cv-01040-WQH-EJY Document 19-8 Filed 11/21/22 Page 14 of 17
Case 2:16-cr-00046-GMN-PAL Document 2002 Filed 05/23/17 Page 225 of 229

225

1    its objects.
2           Cliven Bundy said, Cowboys, go get the cows.  He
3    said, "Alls we got do is open up the gate and they'll be home,"
4    and we went to watch.
5           I didn't conspire to impede or injure an officer.
6           I didn't prevent by force, intimidation, or threats
7    federal law enforcement from discharging their duties in any
8    way, shape or form.  I never talked to a BLM officer.  Never
9    got close to a BLM officer.  You saw me run away, run away when
10   I saw what was happening down there and I saw them pointing
11   weapons, and saying "court order" --
12          MR. MYHRE:  Objection, Your Honor.
13          PRO SE ENGEL:  -- you saw me run away.
14          MR. MYHRE:  Objection, Your Honor.  Move to strike
15   with respect to what he saw when he was on the bridge.
16          THE COURT:  Sustained.
17          PRO SE ENGEL:  Ladies and gentlemen, I didn't induce
18   by force, intimidation, or threats anybody.  The evidence has
19   shown I stood with law enforcement, Nevada Highway Patrol to be
20   specific.
21          On Count Five, the Government's saying that I
22   forcibly assaulted a federal officer.  The evidence shows I did
23   everything I could to make sure this thing ended peaceful.  The
24   evidence shows I stood with Nevada Highway Patrol and tried to
25   ensure that.

Case 2:22-cv-01040-WQH-EJY Document 19-8 Filed 11/21/22 Page 15 of 17
Case 2:16-cr-00046-GMN-PAL Document 1002 Filed 05/23/17 Page 226 of 229

226

1              This Count Six of 924(c).  It's a crime of violence.
2    They've provided absolutely no evidence that I committed a
3    crime of violence.
4              And Count Eight, they say I intended to impede,
5    intimidate, or interfere with people.  The evidence showed me
6    go down the freeway, stand there, take pictures.  The evidence
7    showed me run the other direction when I saw what was
8    happening.  They said "court order," they said "disperse," and
9    I did, and I went as far away as I could get.  And law
10   enforcement pulled up on the scene and I asked for help.
11   That's what I did.
12             They say I obstructed the due administration of
13   justice.  I influenced, obstructed, or impeded or tried to
14   influence, obstruct, or impede the due administration of
15   justice.  It's just the opposite.  The evidence has shown
16   exactly what I've stated.  I tried to end this thing as
17   peacefully as possible with law enforcement that day.  We've
18   all seen me pointing them, them pointing and them getting on
19   the phone on my behalf.  On my behalf.  I don't know what more
20   I could have done to make sure that ended peacefully.
21             They're saying that I interfered with interstate
22   commerce with extortion -- by extortion.  I don't know.  I
23   didn't cause the traffic jam; I got caught in it.  Pulled over
24   to the side as the evidence has shown.  You saw me pulled over
25   to the side and I got out of my truck.  I didn't cause the

Case 2:22-cv-01040-WQH-EJY Document 19-8 Filed 11/21/22 Page 16 of 17
Case 2:16-cr-00046-GMN-PAL Document 1002 Filed 05/23/17 Page 227 of 229

227

1 traffic jam. I didn't stop in the middle of the road, and the
2 evidence has shown that.
3     I didn't induce someone to part with property by
4 wrongful use or actual or threatened force, violence, or fear.
5 I didn't act with intent to obtain property. I didn't want any
6 cows. I'm not a cowboy or -- what am I going to do with cows?
7 I don't -- I'm not obtaining these cows.
8     Ladies and gentlemen, you saw me there in front of
9 the stage the next day. We stayed the night, slept on the hood
10 of my truck. The next day there was a rally and we were all
11 very upset still. I was very upset still, having guns pointed
12 at me. After that, the Government says I didn't go to
13 Mesquite. I laid by the pool. That's exactly what I did.
14     MR. MYHRE: Objection, Your Honor.
15     THE COURT: Sustained.
16     PRO SE ENGEL: Ladies and gentlemen, you've seen me
17 on camera, from almost the time I've been there. I was never
18 on camera at the stage. From the time I arrived at the parking
19 area you saw me get out of my truck on camera. You saw me
20 standing in the middle of the field on camera. You saw me go
21 down the freeway in a snapshot on camera. You saw me standing
22 over the wash taking pictures. That's in evidence. You saw me
23 run away. One of the -- one of the -- one of the witnesses
24 testified I was running, and you have seen it. You saw me work
25 with law enforcement, standing there, in front of their

Case 2:22-cv-01040-WQH-EJY Document 19-8 Filed 11/21/22 Page 17 of 17
Case 2:16-cr-00046-GMN-PAL Document 2002 Filed 05/23/17 Page 228 of 229

228

1  vehicles.  You saw them pat me on the back and you saw him
2  testify that I was helpful.
3              Ladies and gentlemen, I went there for a peaceful
4  protest and I made sure that it stayed that way.  That's what I
5  did that day, and the evidence has shown it.
6              I ask you folks, when you deliberate, to please come
7  back with a not guilty verdict on all of these charges, because
8  I am not guilty of these things.
9              Thank you so much for your time and putting up with
10 me battling up here and making so many mistakes.  I really
11 appreciate it.  I've tried my best.
12             It's been an honor.
13             THE COURT:  All right.  We're going to take our
14 overnight break.  We're going to try to start a little bit
15 earlier tomorrow.  Instead of 8:30, with we're going to try to
16 start at 8:00.  It still takes time to get everybody in the
17 courtroom, I know, but we're going to try to start at 8:00 and
18 plan for a shorter lunch tomorrow, so not a full one-hour
19 lunch.  The jury has their lunch, but I do advise the attorneys
20 maybe bring a bag lunch or power bars or whatever you need to
21 just to have some snacking in between so that we can keep
22 things moving.
23             So, as to the jury, please remember that you are not
24 to discuss this case with anyone, not even with your fellow
25 jurors and if anyone should attempt to speak to you about the