# Exhibit 8

THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>ERIC J. PARKER,<br>O. SCOTT DREXLER,<br>RICKY R. LOVELIEN,<br>STEVEN A. STEWART,<br>TODD C. ENGEL, and<br>GREGORY P. BURLESON,<br><br>       Defendants. | 2:16-cr-46-GMN-PAL-11-16<br><br>DATE: April 24, 2017<br><br>Courtroom 7C |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich       COURT REPORTER: Kathy Eismann

COUNSEL FOR PLAINTIFF: Steven Myhre, Erin Creegan, Nicholas Dickinson, and Nadia Ahmed with FBI Agents Joel Willis, Mike Abercrombie, and Sharon Gavin

COUNSEL FOR DEFENDANT: Jess Marchese, Todd Leventhal, Shawn Perez, Richard Tanasi, Todd Engel (Pro Se) with John George as standby counsel, and Terrence Jackson with Investigator Christine Abbott, and Paralegal Gwen Wilson

MINUTES OF PROCEEDINGS: Jury Trial (Day 32)

8:00 a.m.  The jury continues deliberations.

10:12 a.m.  The Court, having received a note from the jury, convenes outside the presence of the jury. The Court admonishes the parties regarding courtroom demeanor. The Court and parties discuss the jury note. The Court hears arguments regarding providing an Allen Charge to the jury on deadlocked counts. The Defendants do not request providing an Allen Charge. The Government requests the Court provide the jury with an Allen Charge. The Court will accept the unanimous verdict and provide an Allen Charge on the remaining deadlocked verdicts. Mr. Jackson objects to the Court accepting the unanimous verdict prior to giving the jury an Allen Charge.

10:40 a.m.  The jury enters the courtroom.  The Court Security Officer provides the verdict to the Court.  The Court reads the verdict into the record.  Mr. Burleson is found GUILTY on Counts 5, 6, 8, 9, 12, 14, 15, and 16 and Mr. Engel is found GUILTY on Counts 12 and 16. The jury is deadlocked on the remaining counts.  The Court polls the jury.  The Court provides an Allen Charge to the jury regarding the remaining undecided counts.

10:45 a.m.  The jury exits the courtroom.  The Court and parties reconvene outside the presence of the jury.  The Court orders a pretrial sentencing report as to Defendants Gregory Burleson and Todd Engel.  Sentencing as to Gregory Burleson set for Wednesday, July 26, 2017 at 8:00 a.m. in Courtroom 7C before Chief Judge Gloria M. Navarro.  Sentencing as to Todd Engel set for Thursday, July 27, 2017 at 8:00 a.m. in Courtroom 7C before Chief Judge Gloria M. Navarro.

10:54 a.m.  The Court stands at recess.

12:43 p.m.  The Court, having received a note from the jury, convenes outside the presence of the jury.  The Court admonishes the parties regarding courtroom demeanor.

12:46 p.m.  The jury enters the courtroom.  The jury, having provided a note to the Court indicating it is deadlocked, is polled.  The jury remains deadlocked on the remaining counts.  The Court declares a mistrial on the remaining counts.  The Court sets calendar call for May 25, 2017 at 9:00 a.m. in Courtroom 7C before Chief Judge Gloria M. Navarro.  Trial is set for June 26, 2017 at 8:30 a.m. in Courtroom 7C before Chief Judge Gloria M. Navarro.  The Court remands the defendants to custody.

12:51 p.m.  The jury is released from their admonishment and thanked for their service.  The Court stands at recess.

    DEBRA K. KEMPI, CLERK
    U.S. DISTRICT COURT

    BY:_____/S/_____
    Aaron Blazevich, Deputy Clerk