UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TODD C. ENGEL,<br><br>                      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES 1 through 100; and ROES 1 through 100, inclusive,<br><br>                      Defendants. | Case No.: 2:22-cv-01040-WQH-EJY<br><br>**ORDER** |

HAYES, Judge:

      IT IS HEREBY ORDERED that the Unopposed Motion to Extend Time to File Responsive Pleading (ECF No. 20) filed by Plaintiff is granted. No later than February 6, 2023, Plaintiff shall file a response to Defendant's Motion to Dismiss.

Dated: November 30, 2022

                                                    Hon. William Q. Hayes<br>
                                                    United States District Court