IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Todd C. Engel,<br><br>    Plaintiff,<br><br>v.<br><br>United States of America, *et al.,*<br><br>    Defendants. | No. 2:22-cv-01040-WQH-EJY<br><br>**ORDER** |

  The Court has reviewed Defendant's Unopposed Motion to Stay Discovery. For good cause appearing,

  **IT IS HEREBY ORDERED** that discovery in this case is stayed until the pending Motion to Dismiss (ECF No. 19 ) is decided.

  **IT IS FURTHER ORDERED** that within ten (10) days of the disposition of the Motion to Dismiss, the parties must file with the Court a status report indicating their intentions regarding the filing of a Joint Discovery Plan and Scheduling Order, if applicable.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 18, 2023