UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TODD C. ENGEL,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES 1 through 100; and ROES 1 through 100, inclusive,<br><br>                Defendants. | Case No.: 2:22-cv-01040-WQH-EJY<br><br>**ORDER** |

HAYES, Judge:

    The Court has reviewed Plaintiffs' Unopposed Motion to Extend Time to File Response Brief. (ECF No. 24.) For good cause appearing,

    IT IS HEREBY ORDERED that the Unopposed Motion to Extend Time to File Response Brief (ECF No. 24) is granted. Plaintiffs shall have until March 8, 2023, to respond to the United States' Motion to Dismiss (ECF No. 19).

Dated: January 30, 2023

                                                 Hon. William Q. Hayes
                                                 United States District Court