UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TODD C. ENGEL,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES 1 through 100; and ROES 1 through 100, inclusive,<br><br>                Defendants. | Case No.: 2:22-cv-01040-WQH-EJY<br><br>**ORDER** |

HAYES, Judge:

    The Court has reviewed Plaintiffs' Third Unopposed Motion to Extend Time to File Response Brief. (ECF No. 26.) For good cause appearing,

    IT IS HEREBY ORDERED that the Third Unopposed Motion to Extend Time to File Response Brief (ECF No. 26) is granted. Plaintiffs shall have until March 27, 2023, to respond to the United States' Motion to Dismiss (ECF No. 19). No further extensions of Plaintiffs' deadline to respond will be granted absent a showing of exceptional circumstances.

Dated: March 2, 2023

                                                                           */s/ William Q. Hayes*<br>
                                                                            Hon. William Q. Hayes<br>
                                                                            United States District Court