1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Marquiz Law Office
### Professional Corporation

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532
Craig A. Marquiz, Esq.
NV Bar #7437

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH O'SHAUGHNESSY, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA *et al.*,<br><br>Defendants. | Case No.:    2:20-cv-01039-WQH-EJY |
| TODD C. ENGEL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA *et al.*,<br><br>Defendants. | Case No.:    2:20-cv-01040-WQH-EJY<br><br>**LIST OF EXHIBITS SUBMITTED IN SUPPORT OF:**<br><br>**PLAINTIFFS' OPPOSITIONS TO DEFENDANT'S MOTIONS TO DISMISS**<br><br>**PLAINTIFFS' REQUESTS FOR JUDICIAL NOTICE**<br><br>**&**<br><br>**PLAINTIFFS' REQUESTS FOR FED.R.CIV.P. 56(D) RELIEF** |

**List of Exhibits**

| **Exhibit** | **Description** | **Docket No.** |
|---|---|---|
| A | Declaration of Craig A. Marquiz, Esq. | |
| A-01 | Superseding Indictment<br>Case No. 2:16-cr-00046 | Dkt. 27 |
| A-02 | Arrest Warrant Executed - Joseph O'Shaughnessy<br>Case No. 2:16-cr-00046 | Dkt. 95 |
| A-03 | Arrest Warrant Executed - Jason Woods<br>Case No. 2:16-cr-00046 | Dkt. 98 |
| A-04 | Arrest Warrant Executed - Mel Bundy<br>Case No. 2:16-cr-00046 | Dkt. 90 |
| A-05 | Arrest Warrant Executed - David Bundy<br>Case No. 2:16-cr-00046 | Dkt. 99 |
| A-06 | Arrest Warrant Executed - Todd Engel<br>Case No. 2:16-cr-00046 | Dkt. 93 |
| A-07 | Order filed December 12, 2016<br>Case No. 2:16-cr-00046 | Dkt. 1098 |
| A-08 | U.S. Motion for Summary Judgment<br>Case No. 2:12-cv-00804 | Dkt. 18 |
| A-09 | Declaration of Mary Jo Rugwell<br>Case No. 2:12-cv-00804 | Dkt. 19-2, 19-3 |
| A-10 | Declaration of Amy Lueders<br>Case No. 2:12-cv-00804 | Dkt. 26-1 |
| A-11 | Partial Trial Transcript dated February 9, 2017<br>2:16-cr-00046 | Dkt. 1608 |
| A-12 | Trial Transcript Excerpts dated February 13, 2017<br>2:16-cr-00046 | Dkt. 1648 |
| A-13 | Government Trial Exhibit 8<br>2:16-cr-00046 | |
| A-14 | Trial Transcript Excerpts dated November 14, 2017<br>2:16-cr-00046 | Dkt. 2884 |
| A-15 | Trial Transcript Excerpts dated November 20, 2017<br>2:16-cr-00046 | Dkt. 2902 |
| A-16 | Trial Transcript Excerpts dated February 16, 2017<br>(BLM Officer Logan Briscoe) - 2:16-cr-00046 | Dkt. 1663 |
| A-17 | Trial Transcript Excerpts dated February 27, 2017<br>2:16-cr-00046 | Dkt. 1672 |

**List of Exhibits**

| **Exhibit** | **Description** | **Docket No.** |
|---|---|---|
| A-18 | Trial Transcript Excerpts dated April 10, 2017<br>2:16-cr-00046 | Dkt. 2001 |
| A-19 | Jury Verdict filed April 24, 2016<br>2:16-cr-00046 | Dkt. 1903 |
| A-20 | Trial Transcript Excerpts dated April 12, 2017<br>2:16-cr-00046 | Dkt. 2002 |
| A-21 | Disclosure and Complaint Narrative in Regard to Bureau of Land Management Law Enforcement Supervisory Misconduct and Associated Cover-ups as well as Potential Unethical Actions, Malfeasance and Misfeasance by United States Attorney's Office Prosecutors from the District of Nevada, (Las Vegas) in Reference to the Cliven Bundy Investigation ("Wooten I") - 18-10287 (Ninth Circuit) | Dkt. 72-1 |
| A-22 | Hearing Transcript dated December 20, 2017<br>2:16-cr-00046 | Dkt. 3049 |
| A-23 | Hearing Transcript dated January 8, 2018<br>2:16-cr-00046 | Dkt. 3122 |
| A-24 | Ninth Circuit Court of Appeals Opinion (Tier I)<br>18-10287 | Dkt. 139 |
| A-25 | Order Dismissing Tier 2 Bundy Defendants<br>2:16-cr-00046 | Dkt. 3179 |
| A-26 | Ninth Circuit Court of Appeals Opinion (Engel)<br>18-10293 | Dkt. 56 |
| A-27 | Government's Unopposed Motion for Leave to Dismiss (Engel)<br>2:16-cr-00046 | Dkt. 3512 |
| A-28 | Order Granting Government's Unopposed Motion for Leave to Dismiss (Engel)<br>2:16-cr-00046 | Dkt 3513 |
| A-29 | Protective Order<br>2:16-cr-00046 | Dkt. 609 |
| A-30 | FTCA Denial Letter - O'Shaughnessy Plaintiffs<br>Dated August 31, 2022 | |
| A-31 | FTCA Denial Letter - Engel<br>Dated August 31, 2022 | |

## List of Exhibits

| Exhibit | Description | Docket No. |
|---|---|---|
| B | Declaration of Warren Markowitz, Esq. | |
| B-1 | BLM Special Agent / Lead Investigator Larry Wooten Whistleblower Complaint ("Wooten I") 18-10287 (9th Cir.) | Dkt. 72-1 |
| B-2 | Hearing Transcript dated January 8, 2018 2:16-cr-00046 | Dkt. 3122 |
| B-3 | BLM Special Agent / Lead Investigator Larry Wooten Memorandum ("Wooten II") 18-10287 (9th Cir.) | Dkt. 72-1 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 27th day of March, 2023, he electronically filed the foregoing document with the Clerk of the Court with a copy of same electronically served upon all counsel of record:

Craig A. Marquiz, Esq.
Craig A. Marquiz, Esq.