UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TODD C. ENGEL,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES 1 through 100; and ROES 1 through 100, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 2:22-cv-01040-WQH-EJY<br><br>**ORDER** |

HAYES, Judge:

　　The Court has reviewed Defendant's Unopposed Motion to Extend Reply Deadline (ECF No. 32). For good cause appearing,

　　IT IS HEREBY ORDERED that the Unopposed Motion to Extend Reply Deadline (ECF No. 32) is granted. Defendant shall have until May 12, 2023, to file a reply brief in support of its Motion to Dismiss (ECF No. 19).

Dated: April 3, 2023

　　　　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　　　　　United States District Court