UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TODD C. ENGEL,<br><br>                              Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES 1 through 100; and ROES 1 through 100, inclusive,<br><br>                            Defendants. | Case No.: 2:22-cv-01040-WQH-EJY<br><br>**ORDER** |

HAYES, Judge:

    The Court has reviewed Defendant's second Unopposed Motion to Extend Reply Deadline (ECF No. 35). For good cause appearing,

    IT IS HEREBY ORDERED that the second Unopposed Motion to Extend Reply Deadline (ECF No. 35) is granted. Defendant shall have until June 12, 2023, to file a reply brief in support of its Motion to Dismiss (ECF No. 19).

Dated: May 11, 2023

                                                    Hon. William Q. Hayes<br>                                                    United States District Court