UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TODD C. ENGEL,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES 1 through 100; and ROES 1 through 100, inclusive,<br><br>  Defendants. | Case No.: 2:22-cv-01040-WQH-EJY<br><br>**ORDER** |

HAYES, Judge:

    IT IS HEREBY ORDERED that the Court will conduct oral argument on the Motion to Dismiss (ECF No. 19) on October 25, 2023, at 9:30AM Pacific Standard Time in Courtroom 14B of the James M. Carter and Judith N. Keep United States Courthouse, 333 W. Broadway, San Diego, California.

    Any counsel may appear at the oral argument via videoconference. Any counsel appearing via videoconference shall contact Courtroom Deputy Kim Sellars at Kim_A_Sellars@casd.uscourts.gov no later than one week prior to the argument to obtain the videoconference login information.

Dated: September 20, 2023

                                                      Hon. William Q. Hayes
                                                      United States District Court