Minutes of the United States District Court
District of Nevada

Date: 10/25/2023

Hon. William Q. Hayes   Deputy Clerk K. Sellars   Reporter/ECR M. Setterman

Time: 10:15 – 10:40

========================================================================

Case No. 2:22-cv-01040-WQH-EJY

Todd C. Engel   v.   United States of America

========================================================================

Motion Hearing           Craig Marquiz, Plaintiff Attorney

Brock Heathcotte, Defendant Attorney

Neil Singh, Defendant Attorney

Motion Hearing re [19] Motion to Dismiss.

Court to issue a written decision.