MERRICK GARLAND
United States Attorney General

NEIL SINGH
Arizona State Bar No. 021327
BROCK HEATHCOTE
Arizona State Bar No. 014466
Special Assistant U.S. Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Facsimile: (602) 514-7693
Neil.Singh@usdoj.gov
Brock.Heathcotte@usdoj.gov
*Attorneys for Defendant United States*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Todd C. Engel,<br><br>　　　　Plaintiff,<br><br>v.<br><br>United States of America, *et al.,*<br><br>　　　　Defendants. | No. 2:22-cv-01040-WQH-EJY<br><br>**JOINT STATUS REPORT** |

　　　　This Joint Status Report is submitted pursuant to Court order (Doc. 30) ("IT IS FURTHER ORDERED that within ten (10) days of the disposition of the Motion to Dismiss, the parties must file with the Court a status report indicating their intentions regarding the filing of a Joint Discovery Plan and Scheduling Order, if applicable.")

　　　　The parties plan to file a proposed Joint Discovery Plan and Scheduling Order no later than January 15, 2024. By separate unopposed motion, Defendant has asked the Court to extend its deadline to file an Answer to December 18, 2023.

Respectfully submitted on November 30, 2023.

        MERRICK GARLAND
        United States Attorney General

        *s/ Neil Singh*
        NEIL SINGH
        BROCK HEATHCOTTE
        Special Assistant United States Attorneys, Acting Under Authority Conferred by 28 U.S.C. § 515
        *Attorneys for Defendant United States*

        MARQUIZ LAW OFFICE, P.C.

        *s/ Craig A. Marquiz, Esq.*
        Craig A. Marquiz, Esq.
        3088 Via Flaminia Court
        Henderson, NV 89052
        *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

Craig A. Marquiz
Marquiz Law Office, P.C.
3088 Via Flaminia Court
Henderson, NV 89052
(702) 263-5533
Fax: (702) 263-5532
Email: marquizlaw@cox.net


*s/ Allison Tambs*
United States Attorney's Office