UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TODD C. ENGEL,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES 1 through 100; and ROES 1 through 100, inclusive,<br><br>　　　　　　　　Defendants. | Case No.: 2:22-cv-01040-WQH-EJY<br><br>**ORDER** |

HAYES, Judge:

　　The Court has reviewed Defendant's Unopposed Motion to Extend Answer Deadline (ECF No. 43). For good cause appearing,

　　IT IS HEREBY ORDERED that the Unopposed Motion to Extend Answer Deadline (ECF No. 43) is granted. Defendant shall file an answer to the Complaint on or before December 18, 2023.

Dated: December 1, 2023

　　　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　　　United States District Court