1
2

## Marquiz Law Office
### Professional Corporation

3     3088 Via Flaminia Court
      Henderson, NV 89052
4     Phone: (702) 263-5533
      Fax: (702) 263-5532
5     Craig A. Marquiz, Esq.
      NV Bar #7437
6     MarquizLaw@cox.net

7     Attorney for Plaintiffs

8

9                    **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11   JOSEPH O'SHAUGHNESSY, et al.        Case No.:      2:22-cv-01039-WQH-EJY

12                Plaintiffs,

13   v.

14   UNITED STATES OF AMERICA,

15                Defendants.

16   TODD C. ENGEL,                      Case No.:      2:22-cv-01040-WQH-EJY

17                Plaintiff,

18   v.                                  **SUPPLEMENTAL STATUS REPORT**

19   UNITED STATES OF AMERICA,

20                Defendants.

21

22        Plaintiffs Joseph O'Shaughnessy, Jason D. Woods, Mel Bundy and Dave Bundy

23   (hereinafter the "Tier 2 Plaintiffs") and the Bundy Family Members (i.e., Marylynn Bundy,

24   Briana Bundy, Brett Roy Bundy, Maysa Lynn Bundy, Dally Anne Bundy, Bronco Cliven Bundy,

25   Payton Alma Bundy, Piper Bodel Bundy, Montana Bundy, Bentile Bundy, Presly Bundy, Kymber

26   Bundy and Adahlen Bundy) hereinafter collectively "the O'Shaughnessy Plaintiffs," Todd Engel

27   ("Engel" - the Related Action Plaintiff) and the United States of America ("USA"), by and

28   through their respective counsel of record hereby update the Court in furtherance of their Joint

                                              1

1   Status Reports filed on November 30, 2023 (i.e., ECF No. 52 in *O'Shaughnessy*; ECF No. 44 in

2   *Engel*) and, in accordance with the Court's January 17, 2023 Minute Orders (i.e., ECF No. 30 in

3   O'Shaughnessy; ECF No. 23), the parties have been conferring, in good faith, regarding: (1) the

4   appropriateness of an Order consolidating both matters pursuant to Fed.R.Civ.P. 42; (2) the entry

5   of a Protective Order to govern discovery in the companion cases; (3) the need for an extended

6   discovery schedule to be completed in phases due to the large quantity of documents to review

7   before some discovery decisions can be made.  The parties ask the Court's permission to submit

8   their discovery plan and proposed scheduling order on or before February 1, 2024.

10      RESPECTFULLY SUBMITTED this 16th day of January, 2024.

Marquiz Law Office
Professional Corporation

MERRICK GARLAND
United States Attorney General

By:  /s/ Craig A. Marquiz, Esq.
Craig A. Marquiz, Esq.
3088 Via Flaminia Court
Henderson, NV 89052
Counsel for Plaintiffs

By:  /s/ Brock Heathcotte, Esq.
Brock Heathcotte, Esq.
Neil Singh, Esq.
Special Assistant US Attorneys,
Acting Under Authority Conferred by
28 U.S.C. § 515
Counsel for Defendant United States

## **ORDER**

21      Pursuant to Stipulation and good cause appearing,

22      IT IS ORDERED that the parties shall have through February 1, 2024 to submit their

23   Discovery Plan & Scheduling Order.

24      Dated this ___ day of January, 2024.

_____
United States District Court Judge