# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TODD C. ENGEL,<br><br>                         Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES 1 through 100; and ROES 1 through 100, inclusive,<br><br>                        Defendants. | Case No.: 2:22-cv-01040-WQH-EJY<br><br>**ORDER** |

HAYES, Judge:

    Pursuant to the Stipulation (ECF No. 49) and good cause appearing,

    IT IS HEREBY ORDERED that the parties shall have through February 9, 2024 to submit their Discovery Plan & Scheduling Order.

Dated: February 1, 2024

                                                    Hon. William Q. Hayes
                                                    United States District Court