Marquiz Law Office
Professional Corporation

1533 Teramo Street
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532
Craig A. Marquiz, Esq.
NV Bar #7437
MarquizLaw@cox.net

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH O'SHAUGHNESSY, et al._<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No.:   2:22-cv-01039-WQH-EJY |
| TODD C. ENGEL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No.:   2:22-cv-01040-WQH-EJY<br><br>**NOTICE OF CHANGE OF ADDRESS** |

    Craig A. Marquiz, Esq., of the Marquiz Law Office, P.C. and as counsel of record for Plaintiff Todd C. Engel, hereby affords notice of his and his firm's new address (i.e., 1533 Teramo Street, Henderson, NV 89052).  Undersigned counsel's telephone and facsimile numbers remain the same.

1  RESPECTFULLY SUBMITTED this 18th day of July, 2024.

Marquiz Law Office
Professional Corporation

By: /s/ Craig A. Marquiz, Esq.
Craig A. Marquiz, Esq.
1533 Teramo Street
Henderson, NV 89052
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 18th day of July, 2024, he electronically served a copy of the foregoing document on all counsel of record via the Court's CM/ECF Filing System:

/s/ Craig A. Marquiz, Esq.
Craig A. Marquiz