UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TODD C. ENGEL,<br><br>                              Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES 1 through 100; and ROES 1 through 100, inclusive,<br><br>                              Defendants. | Case No.:  2:22-cv-01040-WQH-EJY<br><br>**ORDER** |

HAYES, Judge:

    IT IS HEREBY ORDERED that Defendant United States of America shall file a response to Plaintiff's Motion to Consolidate (ECF No. 59) no later than June 13, 2025. Plaintiff may file a reply no later than June 20, 2025.

Dated:  May 27, 2025

                                       Hon. William Q. Hayes
                                       United States District Court