UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH O'SHAUGHNESSY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 2:22-cv-01039-WQH-EJY<br><br>**ORDER** |
| TODD C. ENGEL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 2:22-cv-01040-WQH-EJY |

Pending before the Court are Plaintiffs' Joint Requests for Status Conferences (ECF Nos. 67, 76), Defendant's Requests for Status Conferences (ECF Nos. 68, 78), and Defendant's Motions to Strike Memorandum of Points and Authorities (ECF Nos. 69, 77). With respect to Plaintiff's Joint Requests for Status Conferences, the Court notes it has never before received 58 pages in support of a request for a discovery conference. Indeed, it appears Plaintiffs argue their entire case in these submissions leaving the Court unsure what it is Plaintiffs actually seek. By way of example only, and to help Plaintiffs focus their future discovery requests, the Court notes the lawfulness of impoundment order and whether there was probable cause for an arrest are issues to be decided substantively, not through a status conference. Despite the distractions, the Court finds a discovery conference is appropriate at which time the pending Motions for Protective Order (ECF Nos. 60, 69) and Motions to Strike (ECF Nos. 69, 77) will be addressed and resolved.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Joint Requests for Status Conferences (ECF No. 67, 76) are GRANTED.

1

1   IT IS FURTHER ORDERED that Defendant's Requests for Status Conferences (ECF Nos. 68, 78) are GRANTED.

IT IS FURTHER ORDERED that a status conference is set for **October 1, 2025 at 11 a.m. in Courtroom 3D**.  All counsel who will argue before the Court must be present in person.

IT IS FURTHER ORDERED that in addition to discussing ongoing discovery, the Court will consider and hear arguments regarding the pending Motions for Protective Order (ECF Nos. 60, 69) and Motions to Strike Memorandum of Points and Authorities (ECF Nos. 69, 77).

Dated this 11th day of September, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2