UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TODD C. ENGEL,<br><br>         Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES 1 through 100; and ROES 1 through 100, inclusive,<br><br>         Defendants. | Case No.: 2:22-cv-01040-WQH-EJY<br><br>**ORDER** |

HAYES, Judge:

  IT IS HEREBY ORDERED that Plaintiff shall file a response to Defendant's Motion to Stay Entire Case (ECF No. 74) no later than October 6, 2025. Defendant may file a reply no later than October 9, 2025.

Dated: October 1, 2025

                *William Q. Hayes*
                Hon. William Q. Hayes
                United States District Court